JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:96-CR-309-KJD-BNW |
| Plaintiff, | **Motion to Withdraw as Attorney** |
| v. | |
| KUOMING CHU, | |
| Defendant. | |

Under LR IA 11-6(b), the United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the attorney of record for the United States of America in this case. Under LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown because the defendant is a fugitive.

Dated: July 20, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

DATED: 07/21/2023