JASON FRIERSON
United States Attorney
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KUOMING CHU,<br><br>Defendant. | Case No. 2:96-cr-00309-KJD-BNW<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |

On November 27, 1996, CHU was charged by a federal grand jury with Failure to Surrender for Service of Sentence in violation of 18 U.S.C. § 3146(a)(2). ECF 1. An unexecuted arrest warrant is outstanding. CHU has never been located by law enforcement. Given the age of the case, the interest of justice calls for dismissing the pending action.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 20 day of July, 2023.

                                        JASON FRIERSON
                                      United States Attorney

                                      */s/ Susan Cushman*
                                      SUSAN CUSHMAN
                                      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KUOMING CHU,<br><br>    Defendant. | Case No. 2:96-cr-00309-KJD-BNW<br><br>~~Proposed~~ Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash the Arrest Warrant |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant KUOMING CHU and quashes the arrest warrant.

JASON FRIERSON
United States Attorney

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this  21st  day of  July , 2023.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE